1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| IMAI LIU FLORES ZELAYA, et al., | ) | |
| Plaintiffs, | ) | Case No.  2:13-cv-01181-GMN-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation to Stay Discovery (#19), filed September 9, 2013.  The parties have agreed to a stay pending completion of a related criminal investigation.  The undersigned has independently reviewed the stipulation and motion to stay (#17) and finds there is good cause for the requested stay.  The Court will require the parties to submit a Joint Written Status Report within forty-five (45) of this order.  Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Stay Discovery (#19) is **granted**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Stay Discovery (#17), is **denied as moot**.

**IT IS FURTHER ORDERED** that the parties shall file a written Joint Status Report regarding the continuing need for a stay and the status of the ongoing criminal investigation by **Monday, October 28, 2013**.

DATED: September 12, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**