UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| IMAI LIU FLORES ZELAYA, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LAS VEGAS METROPOLITAN POLICE )<br>DEPARTMENT, et al., )<br>)<br>Defendants. )<br>_____) | Case No.  2:13-cv-01181-GMN-CWH<br><br>**ORDER** |

      This matter is before the Court on the parties' Stipulation to Stay Discovery (#19), filed September 9, 2013.  The parties have agreed to a stay pending completion of a related criminal investigation.  The undersigned has independently reviewed the stipulation and motion to stay (#17) and finds there is good cause for the requested stay.  The Court will require the parties to submit a Joint Written Status Report within forty-five (45) of this order.  Accordingly,

      **IT IS HEREBY ORDERED** that the parties' Stipulation to Stay Discovery (#19) is **granted**.

      **IT IS FURTHER ORDERED** that Defendant's Motion to Stay Discovery (#17), is **denied as moot**.

      **IT IS FURTHER ORDERED** that the parties shall file a written Joint Status Report regarding the continuing need for a stay and the status of the ongoing criminal investigation by **Monday, October 28, 2013**.

      DATED: September 12, 2013.

                                                          _____
                                                          **C.W. Hoffman, Jr.**
                                                           **United States Magistrate Judge**