UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMAI LIU FLORES ZELAYA, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No.  2:13-cv-01181-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAS VEGAS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

   This matter is before the Court on the parties' Joint Status Report (#21), filed October 23, 2013.  The Court previously approved a stay of discovery pending completion of an ongoing criminal investigation.  *See* Order (#20).  In entering the stay, the Court specifically required the parties to submit a joint written status report "regarding the continuing need for a stay and the status of the ongoing criminal investigation."  *Id*.  The joint status report filed by the parties does not comply with the Court's order (#20).  It does not establish a continuing need for the stay, and it does not provide the status of the ongoing criminal investigation.  The Court will strike the non-compliant joint status report and require the parties to submit an additional written joint status report by Wednesday, October 30, 2013, which complies with the express requirements of the Court's order (#20).  Failure to do so will result in an order show cause why sanctions should not issue pursuant to, *inter alia*, Rule 16(f) or LR IA 4-1(d).

   Based on the foregoing and good cause appearing therefore,

   **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** the parties' Joint Status Report (#21).

   **IT IS FURTHER ORDERED** that the parties shall file a written Joint Status Report regarding the continuing need for a stay and the status of the ongoing criminal investigation by

1 | **Wednesday, October 30, 2013**.

2 | DATED: October 25, 2013.

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**