# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMAI LIU FLORES ZELAYA, et al., ) | |
| Plaintiffs, ) | Case No. 2:13-cv-01181-GMN-CWH |
| vs. ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE ) DEPARTMENT, et al., ) | |
| Defendants. ) | |

The Court is in receipt of the parties' Joint Status Report (#23), filed October 23, 2013. Based on the parties' representations, the Court finds there is a continuing basis for the current stay of discovery. The parties shall submit an additional written Joint Status Report by Friday, December 20, 2013. Accordingly,

**IT IS HEREBY ORDERED** that discovery remains stayed. The parties are instructed to file a written Joint Status Report regarding the continuing need for a stay and the status of the ongoing criminal investigation by **Friday, December 20, 2013**.

DATED: October 31, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**