KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
TRAVIS J. ROBERTSON, ESQ.
Nevada Bar No. 13387
**SHUMWAY VAN & HANSEN**
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
kevin@shumwayvan.com
travis@shumwayvan.com
Tel: (702) 478-7777
Fax: (702) 728-2484
*Attorney for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IMA ILIU FLORES ZELAYA, individually, and as Special Co-Administrator of the Estate of Luis Solano, and as legal guardian of LUIS JERSAIN SOLANO, JR., a minor; ELIA DELCARMEN SOLANO-PATRICIO, individually, and as Special Co-Administrator of the Estate of Luis Solano, | Case No.: 2:13-cv-01181-JAD-CWH |
| Plaintiffs, | <u>SUBSTITUTION OF ATTORNEY</u> |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF BILL GILLESPIE, individually and in his capacity as sheriff of the Las Vegas Metropolitan Police Department; SGT. DAVID ASPIAZU, individually and in his capacity; CORRECTIONS OFFICER BRADLEY TEMPLE, individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON, individually and in his capacity; NAPHCARE, INC., an Alabama corporation; DOE OFFICERS I through X, individually and in their official capacity; and DOES XI through XX; and ROE CORPORATIONS XXI through XXX, inclusive, | |
| Defendants. | |

*(Left margin, vertical text)* SHUMWAY VAN & HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

1

## SUBSTITUTION OF ATTORNEY

Plaintiff IMA ILIU FLORES ZELAYA, individually, and as Special Co-Administrator of the Estate of Luis Solano, and as legal guardian of LUIS JERSAIN SPLANO, JR., a minor, substitutes <u>KEVIN R. HANSEN, ESQ. and TRAVIS J. ROBERTSON, ESQ.</u> of the law firm <u>SHUMWAY VAN & HANSEN, 5440 West Sahara Avenue, Suite 206, Las Vegas, Nevada 89146, (702) 478-7777</u> as Plaintiff's attorneys of record in the above-entitled matter in the place of <u>MATTHEW Q. CALLISTER, ESQ., and MITCHELL S. BISSON, ESQ., of the law firm of CALLISTER + ASSOCIATES, LLC.</u>

Dated this 12 day of January, 2015.

Ima Flores Z
**IMA ILIU FLORES ZELAYA**

I consent to the above substitution.

Dated this 16 day of January, 2015.

**CALLISTER + ASSOCIATES**

MATTHEW Q. CALLISTER, ESQ.
MITCHELL S. BISSON, ESQ.
823 Las Vegas Boulevard South, Suite 330
Las Vegas, Nevada 89101

///
///
///

SHUMWAY VAN & HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

2

1   I am duly admitted to practice in this District.

2   Above Substitution accepted.

3   Dated this 12 day of January, 2015.

4   SHUMWAY VAN & HANSEN

5

6

7   KEVIN R. HANSEN, ESQ.
    Nevada Bar No. 6336

8   TRAVIS J. ROBERTSON, ESQ.
    Nevada Bar No. 13387

9   5440 West Sahara Avenue, Suite 206
    Las Vegas, Nevada 89146

10  *Attorneys for Plaintiff*

11

12  Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

13

14  **IT IS SO ORDERED.**

15

16

17  **UNITED STATES MAGISTRATE JUDGE**

18  **DATED:**   January 23, 2015

19

20

21

22

23

24

25

26

27

28

SHUMWAY VAN & HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

3