UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IMA ILUI FLORES ZELAYA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT, et al.,<br><br>        Defendants. | 2:13-cv-01181-JAD-CWH<br><br>ORDER |

Presently before the Court is Interested Party Alejandra Solano's Motion for an Order Shortening Time for Hearing of Interested Party Alejandra Solano's Emergency Motion to Join as Plaintiff, or in the Alternative, to Substitute as Party in Interest (Doc. #77). The Court has reviewed the motion and finds good cause to schedule a hearing as well as to set a shortened briefing schedule for Interested Party Alejandra Solano's Emergency Motion to Join as Plaintiff, or in the Alternative, to Substitute as Party in Interest (Doc. #76).

IT IS THEREFORE ORDERED that Interested Party Alejandra Solano's Motion for an Order Shortening Time for Hearing of Interested Party Alejandra Solano's Emergency Motion to Join as Plaintiff, or in the Alternative, to Substitute as Party in Interest (Doc. #77) is GRANTED.

IT IS FURTHER ORDERED that responses to Interested Party Alejandra Solano's Emergency Motion to Join as Plaintiff, or in the Alternative, to Substitute as Party in Interest (Doc. #76) must be filed on or before August 7, 2015. Replies must be filed on or before August 12, 2015.

/ / /

/ / /

      IT IS FURTHER ORDERED that a hearing on Interested Party Alejandra Solano's Emergency Motion to Join as Plaintiff, or in the Alternative, to Substitute as Party in Interest (Doc. #76) is set for Thursday, August 20, 2015, at 2:00 p.m. in Las Vegas Courtroom 3C.

DATED: July 31, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge