MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
mqc@call-law.com
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
mbisson@call-law.com
CALLISTER & ASSOCIATES
823 Las Vegas Blvd. South, Ste. 330
Las Vegas, NV 89101
Tel. (702) 385-3343
Fax. (702) 385-2899
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMA ILIU FLORES ZELAYA, individually and as legal guardian of LUIS JERSAIN SOLANO, JR., a minor; ELIA DEL CARMEN SOLANO-PATRCIO, individually, and as Special Administrator of the Estate of Luis Solano;<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.<br><br>Defendants. | Case No.: 2:13-cv-01181-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>(Second Request) |

Pursuant to Local Rules 6-1, 6-2, and 7-1, Plaintiff Elia Del Carmen Solano-Patricio, individually and as Special Administrator of the Estate of Luis Solano and Defendants David Aspiazu, Bradley Temple, Patrick Gray, and Eugene Dixon (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the deadline by which Plaintiff is to file the Reply in Support of Motion for Partial Summary Judgment from October 9, 2015 to **October 13, 2015**. Plaintiff filed the Motion for Partial Summary Judgment on August 18, 2015 [Dkt. 83] and Defendants filed the Response to Plaintiff's Motion on September 17, 2015 [Dkt. 91]. The parties' first request for an extension was granted on September 25, 2015 [Dkt. 96].

The requested extension is not being sought to unduly delay the proceedings; rather, good cause exists for this extension as Plaintiff's counsel has been in a trial preservation deposition in an asbestos defense case for three consecutive days now, and the deposition is unexpectedly going forward tomorrow as well. Therefore, Counsel will be in deposition and will not be able to finalize the reply by October 9, 2015. Plaintiff's counsel had been waiting to finalize the Reply until after the depositions of the Coroner Investigator and Medical Examiner, which were just conducted on October 5, 2015.

Based on the foregoing, good cause exists to grant the requested extension.

Dated this 8 day of October, 2015.                    Dated this 8 day of October, 2015.

/s/ MITCHELL S. BISSON, ESQ.                          /s/ CRAIG R. ANDERSON, ESQ.
MATTHEW Q. CALLISTER, ESQ.                            CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1396                                   Nevada Bar No. 6882
MITCHELL S. BISSON, ESQ.                              MARQUIS AURBACH COFFING
Nevada Bar No. 11920                                  1001 Park Run Drive
CALLISTER & ASSOCIATES                                Las Vegas, NV 89145
823 Las Vegas Blvd. South, Suite 330                  canderson@maclaw.com
Las Vegas, NV 89101                                   *Attorneys for LVMPD Defendants*
mqc@call-law.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED October __9__, 2015.