**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
  Attorneys for Defendants LVMPD, Gillespie, Aspiazu, Temple, Gray and Dixon

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IMA LIU FLORES ZELAYA, individually and as Special Co-Administrator of the Estate of Luis Solano, and as legal guardian of LUIS JERSAIN SOLANO, JR.; ELIA DELCARMEN SOLANO-PATRICIO, individually and as Special Co-Administrator of the Estate of Luis Solano,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF BILL GILLESPIE, individually and in his capacity as Sheriff of the Las Vegas Metropolitan Police Department; SGT. DAVID ASPIAZU, individually and in his capacity; CORRECTIONS OFFICER BRADLEY TEMPLE, individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON, individually and in his official capacity; NAPHCARE, INC., an Alabama corporation; DOE OFFICERS I through X, individually, and in their official capacity; DOES XI through XX, and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>                    Defendants. | Case No.:   2:13-cv-01181-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LVMPD DEFENDANTS TO RESPOND TO PLAINTIFF ELIA DELCARMEN SOLANO-PATRICIO'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

MAC:05166-695 2652567_1 11/9/2015 11:06 AM

**STIPULATION AND ORDER TO EXTEND TIME FOR LVMPD DEFENDANTS TO RESPOND TO PLAINTIFF ELIA DELCARMEN SOLANO-PATRICIO'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)**

The parties, by and through their respective undersigned counsel of record, respectfully request that the deadline for LVMPD Defendants to respond to Plaintiff Elia DelCarmen Solano-Patricio's Response to their Motion for Summary Judgment (Dkt. #106) be extended from November 9, 2016 to November 16, 2015.

.

IT IS SO STIPULATED this 9th day of November, 2015.

| MARQUIS AURBACH COFFING | CALLISTER & ASSOCIATES |
|---|---|
| By:   /s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for LVMPD Defendants | By:   s/Mitchell S. Bisson<br>Mitchell S. Bisson, Esq.<br>Nevada Bar No. 11920<br>823 Las Vegas Blvd. South, 5th Floor<br>Las Vegas, Nevada  89101<br>Attorney for Plaintiff Elia Del-Carmen |

**ORDER**

IT IS SO ORDERED this 9th day of November, 2015, that the deadline for the LVMPD Defendants to respond to Plaintiff Elia DelCarmen Solano-Patricio's Response to their Motion for Summary Judgment be extended from November 9, 2016 to November 16, 2015.

_____
United States District Court Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816