SHUMWAY VAN
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
KARL A. SHELTON, ESQ.
Nevada Bar. No. 12868
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
       karl@shumwayvan.com
*Attorneys for Plaintiff*
*IMA ILIU FLORES ZELAYA, individually*
*and as legal guardian of LUIS JERSAIN SOLANO, JR.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMA ILIU FLORES ZELAYA, individually and as legal guardian of LUIS JERSAIN SOLANO, JR.; ELIA DELCARMEN SOLANO-PATRICIO, individually and as Administrator of the Estate of Luis Solano,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF BILL GILLESPIE, individually and in his capacity as Sheriff of the Las Vegas Metropolitan Police Department; SGT. DAVID ASPIAZU, individually and in his capacity; CORRECTIONS OFFICER BRADLEY TEMPLE, individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON, individually and in his capacity; NAPHCARE, INC., an Alabama corporation; DOES OFFICERS I through X, individually, and in their official capacity; DOSE XI through XX and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01181-JAD-CWH<br><br>**STIPULATION AND ORDER ALLOWING ALL BRIEFING/FILINGS RELATED TO A PETITION FOR MINORS COMPROMISE TO BE FILED UNDER SEAL** |

# STIPULATION AND ORDER ALLOWING ALL BRIEFING/FILINGS RELATED TO A PETITION FOR MINORS COMPROMISE TO BE FILED UNDER SEAL

Plaintiff, IMA ILIU FLORES ZELAYA ("Mrs. Flores-Zelaya"), individually and as legal guardian of LUIS JERSAIN SOLANO, JR., through her attorneys of record, Michael C. Van, Esq., with the law firm of SHUMWAY VAN; Plaintiff, ELIA DEL CARMEN SOLANO-PATRICIO, individually and as the Administrator of the Estate of Luis Solano, by and through her attorney of record, Mitchell Bisson, Esq., of the law firm of CALLISTER & ASSOCIATES; Specially Appearing Interested Non-Party, ALEJANDRA SOLANO as *Guardian Ad Litem* for GABRIELA SOLANO, ALEJANDRA SOLANO and LUIS SOLANO, JR., minors, by and through her attorney of record, Ryan Alexander, Esq., with the law firm of RYAN ALEXANDER, CHTD.; and Defendant, NAPHCARE, INC. ("NAPHCARE"), by and through its attorneys of record, Seetal Tejura, Esq., with the law firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS, hereby stipulate and agree to the following:

WHEREAS, representatives of the individuals/entity mentioned above in the above-titled action met for mediation on September 3, 2015, wherein a confidential resolution was reached between the above listed individuals/Estate and NAPHCARE;

WHEREAS, the terms of the above described resolution include a provision that mandates Court's approval of a Petition for Minor's Compromise Claim, the participants of said resolution require that all papers to be filed under seal in the appropriate Court so that the confidentiality portion of the resolution is preserved; and

WHEREAS it is these stipulating individuals'/entities' position that while there "is a strong presumption of public access to judicial records,"[1] there are also legitimate policy reasons which allow the terms of settlements in civil cases such as this one to remain confidential and without access to the public.[2] As such, there is both good cause and compelling reasons to allow

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).
[2] *Allstate Insurance Company, v. Balle*, Case No. 2:10-cv-02205-APG-NJK, 2014 U.S. Dist. LEXIS 21848, at *4 (Feburary 20, 2014). *Likewise, under both Federal and Nevada law, communications relating to settlement negotiations are protected communications. See NRS 48.105 and Fed. R. Ev. 408. Further, the Ninth Circuit Court of Appeals has found that "by preventing settlement negotiations from being admitted as evidence, full and open*

the pleadings and briefings related to the Minors Compromise claims to be sealed, particularly because these documents cannot be easily redacted while leaving meaningful information available to the public.

NOW THEREFORE, It is hereby Stipulated and Agreed by the parties hereto that the Minor Compromise briefing associated with the above described resolution may be a filed Under Seal in the State of Nevada, Eighth Judicial District Court.

IT IS FURTHER Stipulated that within fourteen days of the approval of the subject [sealed] Minors Compromise in the Eighth Judicial District Court, the settling individuals/entities shall complete their settlement with NaphCare and shall file their Stipulation for NaphCare's dismissal. It is agreed that any and all other funds associated with the settlement will be either immediately dispersed as agreed upon by the appropriate parties or will be held in a separate joint account for future disbursement or held for costs as agreed upon by the parties or through court order.

DATED THIS 23rd day of December, 2015.    DATED THIS 23rd day of December, 2015.

/s/Michael Van    /s/ Mitchell Bisson*
Michael C. Van, Esq., Bar # 3876    Matthew Q. Callister, Esq., Bar # 1396
Karl A. Shelton, Esq., Bar # 12868    Mitchell S. Bisson, Esq., Bar # 11920
SHUMWAY VAN    CALLISTER & ASSOCIATES
8985 S. Eastern Avenue, Suite 100    823 Las Vegas Boulevard South, Suite 330
Las Vegas, Nevada 89123    Las Vegas, Nevada 89101
*Attorneys for Plaintiff*    *Attorney for Plaintiff,*
IMA ILIU FLORES ZELAYA, *individually*    ELIA DELCARMEN SOLANO-PATRICIO,
*and as legal guardian of* LUIS JERSAIN    *individually and as the Administrator of the*
SOLANO, JR.    *Estate of Luis Solano*

---

*disclosure is encouraged, thereby furthering the policy toward settlement."* United States v. Contra Costa Cnty. Water Dist., 678 F.2d 90, 92 (9th Cir. 1982).

DATED THIS 11th day of November, 2015.            DATED THIS 11th day of November, 2015.

    _/s/ Seetal Tejura*_                              _/s/ Ryan Alexander*_
Seetal Tejura, Esq., Bar # 8284            Ryan Alexander, Esq., Bar # 10845
ALVERSON, TAYLOR, MORTENSEN &    RYAN ALEXANDER, CHTD.
SANDERS                                          3017 West Charleston Blvd., Suite 58
7401 W. Charleston Blvd.                   Las Vegs, Nevada 89102
Las Vegas, Nevada 89117                    _Attorney for Specially Appearing Interested_
_Attorney for Defendant, NAPHCARE, INC._  _Non-Party, ALEJANDRA SOLANO, as_
                                                    _Guardian Ad Litem for GABRIELA SOLANO,_
        *Electronic Signatures entered        _ALEJANDRA SOLANO and LUIS SOLANO,_
        with permission                             _JR., minors_

IT IS SO ORDERED.

Dated: January 20, 2016

_____
United States Magistrate Judge

## ORDER

IT IS SO ORDERED by this Court on this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

SHUMWAY · VAN

  /s/ Michael Van
Michael C. Van, Esq., Bar # 3876
Karl A. Shelton, Esq., Bar # 12868
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorney for Plaintiff, IMA ILIU FLORES ZELAYA,
individually and as legal guardian of
LUIS JERSAIN SOLANO, JR.*