# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IMAI LIU FLORES ZELAYA, et al.,

    Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 2:13-cv-01181-JAD-CWH

**ORDER**

    Presently before the Court is the Las Vegas Metropolitan Police Department Defendants' Motion to Stay State Law Claims Pending Appeal (ECF No. 129), filed on March 7, 2016. No responses were filed. Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to granting of the motion." The Court therefore will grant the motion.

    IT IS THEREFORE ORDERED that the Las Vegas Metropolitan Police Department Defendants' Motion to Stay State Law Claims Pending Appeal (ECF No. 129) is GRANTED.

    IT IS FURTHER ORDERED that the settlement conference set for April 19, 2016, at 8:30 a.m. is VACATED.

    IT IS FURTHER ORDERED that the parties must file a joint status report in 120 days from the date of this order.

DATED: March 29, 2016.

                                          **C.W. Hoffman, Jr.**
                                          **United States Magistrate Judge**