# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ima Liu Flores Zelaya, et al.,<br><br>  Plaintiffs<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al,<br><br>  Defendants | 2:13-cv-1181-JAD-CWH<br><br><br><br><br><br><br>*and related case* |
| Alejandra Solano, et al.,<br><br>  Plaintiffs<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>  Defendants | 2:15-cv-01690-JCM-NJK<br><br><br><br>**Transfer Order** |

Defendants the Las Vegas Metropolitan Police Department, its former Sheriff Gillespie, and corrections officers Aspiazu, Temple, Gray, and Dixon filed a notice of related cases [ECF 114] in case 2:13-cv-01181-JAD-CWH, alerting the court that the above-captioned cases "involve the same transaction or event." ECF 114 at 2. In the interest of judicial economy, the presiding district judges in these actions have preliminarily determined that these cases are related and that good cause exists to transfer case 2:15-cv-01690-JCM-NJK to District Judge Jennifer Dorsey and Magistrate Judge Bill Hoffman under Local Rule 42-1.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer case 2:15-cv-01690-JCM-NJK to District Judge Jennifer Dorsey, and all future pleadings must bear the revised case number 2:15-cv-01690-JAD-CWH.

Dated this 26th day of May, 2016

_____  
James C. Mahan  
United States District Judge

_____  
Jennifer A. Dorsey  
United States District Judge