**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
mqc@call-law.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Boulevard South, Suite 330
Las Vegas, NV 89101
Telephone No.:(702) 385-3343
Facsimile No.: (702) 385-2899
*Attorneys for Plaintiff and Administrator,*
*Elia Del Carmen Solano-Patricio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMA ILIU FLORES ZELAYA, individually and as legal guardian of LUIS JERSAIN SOLANO, JR., a minor; ELIA DEL CARMEN SOLANO-PATRCIO, individually, and as Special Administrator of the Estate of Luis Solano,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, SGT. DAVID ASPIAZU, individually and in his capacity, CORRECTIONS OFFICER BRADLEY TEMPLE individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON individually and in his official capacity; NAPHCARE, INC., an Alabama Corporation; DOE OFFICERS I though X, individually, and in their official capacity; and DOES XI through XX, and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-01181-JAD-CWH<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

/.../.../

/.../.../

CALLISTER + ASSOCIATES
823 Las Vegas Blvd., South
Suite 330
Las Vegas, Nevada  89101
(702) 385-3343

T:\Solano, Luis\Pleadings\Stip to Continue Status Check Hearing.wpd

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate that as a result of scheduling conflicts, the status conference in the instant matter scheduled via Minute Order [155] set for October 24, 2016 be continued to a later date and time convenient to the Court's calendar. This stipulation does not affect the status check set via Minute Order [152].

DATED this 18th day of October, 2016

**CALLISTER & ASSOCIATES**

 /s/ *Mitchell S. Bisson*
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No.: 11920
823 Las Vegas Blvd. South, Suite 330
Las Vegas, Nevada 89101
*Attorney for Plaintiff and Administrator,*
*Elia Del Carmen Solano-Patricio*

DATED this 18th day of October, 2016

**RYAN ALEXANDER, CHTD.**

 /s/ *Ryan Alexander*
**RYAN ALEXANDER, ESQ.**
Nevada Bar No.: 10845
3017 West Charleston Blvd., Suite 58
Las Vegas, Nevada 89102
*Attorney for Interested Party Alejandra Solano as Guardian Ad Litem for Gabriela Solano, Alejandra Solano, Jr., and Luis I. Solano, Jr., minors*

DATED this 18th day of October, 2016

**STEPHEN P. STUBBS, ATTORNEY AT LAW**

 /s/ *Stephen P. Stubbs*
**STEPHEN P. STUBBS, ESQ.**
Nevada Bar No.: 10449
626 South Third Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Ima Iliu Flores-Zelaya*

DATED this 18th day of October, 2016

**CLEAR COUNSEL LAW GROUP**

 /s/ *Jared R. Richard*
**JARED R. RICHARDS, ESQ.**
Nevada Bar No.: 11254
**ADAM C. ANDERSON, ESQ.**
Nevada Bar No.: 13062
50 S. Stephanie Street, Suite 101
Henderson, Nevada 89012
*Attorneys for Plaintiff Ima Iliu Flores-Zelaya*

DATED this 18th day of October, 2016

**MARQUIS AURBACH COFFING**

 /s/ *Craig R. Anderson*
**CRAIG R. ANDERSON, ESQ.**
Nevada Bar No.: 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for LVMPD Defendants*

/.../.../

CALLISTER + ASSOCIATES
823 Las Vegas Blvd., South
Suite 330
Las Vegas, Nevada  89101
(702) 385-3343

Page 2 of 3    T:\Solano, Luis\Pleadings\Stip to Continue Status Check Hearing.wpd

## ORDER

**IT IS SO ORDERED** *

DATED this 21st day of October, 2016.

_____
U.S. DISTRICT COURT JUDGE

Case No. 2:13-cv-01181-JAD-CWH

Prepared and Submitted by:

/s/ *Mitchell S. Bisson, Esq.*
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
**CALLISTER & ASSOCIATES**
823 Las Vegas Boulevard South, Ste. 330
Las Vegas, Nevada 89101
*Attorney for Plaintiff and Administrator,*
*Elia Del Carmen Solano-Patricio*

*IT IS FURTHER ORDERED that the status conference re: [155] Minute Order is vacated and continued to 11/7/2016 at 11:30 a.m.

CALLISTER + ASSOCIATES
823 Las Vegas Blvd., South
Suite 330
Las Vegas, Nevada  89101
(702) 385-3343

Page 3 of 3       T:\Solano, Luis\Pleadings\Stip to Continue Status Check Hearing.wpd