SHUMWAY VAN
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
DANIEL M. HANSEN, ESQ.
Nevada Bar. No. 13886
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
       daniel@shumwayvan.com
*Attorneys for Plaintiff*
*IMA ILIU FLORES ZELAYA*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMA ILIU FLORES ZELAYA, individually and as Special Co-Administrator of the Estate of Luis Solano, and as legal guardian of LUIS JERSAIN SOLANO, JR.; ELIA DELCARMEN SOLANO-PATRICIO, individually and as Special Co-Administrator of the Estate of Luis Solano,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF BILL GILLESPIE, individually and in his capacity as Sheriff of the Las Vegas Metropolitan Police Department; SGT. DAVID ASPIAZU, individually and in his capacity; CORRECTIONS OFFICER BRADLEY TEMPLE, individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON, individually and in his capacity; NAPHCARE, INC., an Alabama corporation; DOES OFFICERS I through X, individually, and in their official capacity; DOSE XI through XX and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01181-JAD-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>Hearing Date: January 17, 2017<br>Hearing Time: 3:00 p.m. |

## STIPULATION AND ORDER TO CONTINUE HEARING

Plaintiff, IMA ILIU FLORES ZELAYA ("Mrs. Flores-Zelaya"), through her attorneys of record, Adam Anderson, Esq., with Clear Counsel Law Group, and her former attorneys, Michael C. Van, Esq., of SHUMWAY VAN, hereby stipulate and agree to the following:

WHEREAS, Plaintiff Mrs. Flores-Zelaya, changed attorneys, which started their involvement on September 13, 2016;

WHEREAS, Plaintiff's former counsel Shumway Van has agreed to continue representation for the limited purpose of obtaining an order from a Nevada State District Court allowing for the establishment of a blocked account to deposit the settlement proceeds due to Luis Jersain Solano, Jr.;

WHEREAS, Plaintiff's former counsel appeared before Judge Jim Crockett in Department 24 of the Clark County Eighth District Court on January 10, 2017 (*case no. A-16-731184-M*), to establish the blocked account;

WHEREAS, Judge Crockett informed Plaintiff's former counsel that he could not sign an order establishing the blocked account as requested by Plaintiff because the terms of the proposed order would contradict an order issued by Judge Timothy C. Williams of Department 16 of the Clark County Eighth District Court on February 18, 2016 (*case no. A-16-731892-M*), related to other minors who had received settlement awards in this matter;

WHEREAS, Plaintiff's former counsel is currently working with the attorney who appeared before Judge Williams, to file an amended order with Judge Williams so that Plaintiff's former counsel may then obtain the proposed order from Judge Crockett;

WHEREAS, Plaintiff's former counsel is still in the process of obtaining the necessary order from Judge Crockett allowing them to establish a blocked account for the settlement award received by Luis Jersain Solano, Jr.;

...

...

...

The Parties stipulate and agree to continue the hearing scheduled for January 17, 2017, at 3:00 p.m. in the above-entitled cause for a period of not less than sixty (60) days as of the date of the Order granting this Stipulation.

DATED THIS ___ day of January, 2017.    DATED THIS ___ day of January, 2017.

/s/Adam C. Anderson
Adam C. Anderson, Esq.
CLEARCOUNSEL LAW GROUP
50 S. Stephanie St., Ste. 101
Henderson, Nevada 89012
*Attorney for Plaintiff*
*IMA ILIU FLORES ZELAYA*

/s/Daniel M. Hansen
Michael C. Van, Esq., Bar # 3876
Daniel M. Hansen, Esq., Bar # 13886
SHUMWAY VAN
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Former Attorneys for Plaintiff*
*IMA ILIU FLORES ZELAYA*

### ORDER

Based on the foregoing Stipulation and for good cause the Court makes the following Orders:

**IT IS HEREBY ORDERED** that the hearing previously set for January 17, 2017, be continued to March 20, 2017 at the hour of 1:30 p.m.

DATED: January 17, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS FURTHER ORDERED that all parties, including Plaintiff, Ms. Flores, and attorney Michael Van, MUST BE PRESENT.

Respectfully Submitted by:

SHUMWAY · VAN

/s/Daniel M. Hansen
Michael C. Van, Esq., Bar # 3876
Daniel M. Hansen, Esq., Bar # 13886
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*
*IMA ILIU FLORES ZELAYA*