ALVERSON, TAYLOR, MORTENSEN & SANDERS
SHIRLEY BLAZICH, ESQ. (#008378)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant*
*NAPHCARE, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*v*

| | |
|---|---|
| IMA ILIU FLORES ZELAYA, individually, and as Special Co-Administrator of the Estate of Luis Solano; ELIA DELCARMEN SOLANO-PATRICIO, individually, and as Special Co-Administrator of the Estate of Luis Solano,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF BILL GILLESPIE, individually and his capacity as sheriff of the Las Vegas Metropolitan Police Department; SGT DAVID ASPIAZU, individually and in his capacity; CORRECTIONS OFFICER BRADLEY TEMPLE, individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON, individually and in his official capacity; NAPHCARE, INC., an Alabama corporation; DOE OFFICERS I through X, individually, and in their official capacity; and DOES XI through XX; and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01181-JAD-CWH<br><br>MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST |

COMES NOW Defendant NAPHCARE, INC., by and through its attorney of record, Shirley Blazich, Esq. of the law firm of Alverson, Taylor, Mortensen & Sanders, and hereby requests this Court remove from the list of counsel to be noticed, Seetal Tejura, Esq. and Shirley Blazich, Esq., as an Order was entered on March 10, 2016, granting Defendant NAPHCARE, INC.'s Stipulation to Dismiss (Doc. No. 131).

It is further requested that the Court remove from the list of counsel to be noticed, Seetal Tejura, Esq. as Ms. Tejura is no longer employed by the law firm of Alverson, Taylor, Mortensen & Sanders.

DATED this 27th day of January, 2017.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By  */s/ Shirley Blazich*
_____
SHIRLEY BLAZICH, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada  89117
*Attorneys for Defendant*
*NAPHCARE, INC.*

IT IS SO ORDERED.

DATED: February 1, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2017, I served the foregoing MOTION TO REMOVE ATTORNEYS FROM SERVICE LIST via Electronic Service from CM/ECF upon the following:

| | |
|---|---|
| Matthew Q. Callister, Esq.<br>Mitchell S. Bisson, Esq.<br>CALLISTER, IMMERMAN & ASSOCIATES<br>10161 Park Run Drive, Suite 150<br>823 Las Vegas Blvd. South, Fifth Floor<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs IMA ILIU FLORES ZELAYA, individually, and as Special Co-Administrator of the Estate of Luis Solano; ELIA DELCARMEN SOLANO-PATRICIO, individually, and as Special Co-Administrator of the Estate of Luis Solano* | Craig Anderson, Esq.<br>MARQUIS AURBACH COFFING<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendants Las Vegas Metropolitan Police Depart, Sheriff Douglas Gillespie, Sgt. David Aspiazu, Corrections Officer Bradley Temple, Corrections Officer Patrick Gray, and Corrections Officer Eugene Dixon* |

   */s/ Beverly Volk*
   _____
   An Employee of
   ALVERSON, TAYLOR, MORTENSEN & SANDERS

21330-ST
mtn to remove atty