**SHUMWAY VAN**
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
DANIEL M. HANSEN, ESQ.
Nevada Bar. No. 13886
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
       daniel@shumwayvan.com
*Attorneys for Plaintiff*
*IMA ILIU FLORES ZELAYA, individually*
*and as legal guardian of LUIS JERSAIN SOLANO, JR.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IMA ILIU FLORES ZELAYA, individually and as legal guardian of LUIS JERSAIN SOLANO, JR.; ELIA DELCARMEN SOLANO-PATRICIO, individually and as Administrator of the Estate of Luis Solano, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF BILL GILLESPIE, individually and in his capacity as Sheriff of the Las Vegas Metropolitan Police Department; SGT. DAVID ASPIAZU, individually and in his capacity; CORRECTIONS OFFICER BRADLEY TEMPLE, individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON, individually and in his capacity; NAPHCARE, INC., an Alabama corporation; DOES OFFICERS I through X, individually, and in their official capacity; DOSE XI through XX and ROE CORPORATIONS XXI through XXX, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-01181-JAD-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING** <br><br> Hearing Date: March 20, 2017 <br><br> Hearing Time: 1:30 p.m. |

## STIPULATION AND ORDER TO CONTINUE HEARING

Plaintiff, IMA ILIU FLORES ZELAYA ("Mrs. Flores-Zelaya"), through her attorneys of record, Adam Anderson, Esq., with Clear Counsel Law Group, and her former attorneys, Michael C. Van, Esq., of SHUMWAY VAN, hereby stipulate and agree to the following:

WHEREAS, Plaintiff Mrs. Flores-Zelaya, changed attorneys, which started their involvement in September 13, 2016;

WHEREAS, Plaintiff's former counsel Shumway Van has agreed to continue representation for the limited purpose of obtaining an order from a Nevada State District Court allowing for the establishment of a blocked account to deposit the settlement proceeds due to Luis Jersain Solano, Jr.;

WHEREAS, Plaintiff's former counsel appeared before Judge Jim Crockett in Department 24 of the Clark County Eighth District Court on January 10, 2017 (*case no. A-16-731184-M*), to establish the blocked account;

WHEREAS, Judge Crockett informed Plaintiff's former counsel that he could not sign an order establishing the blocked account as requested by Plaintiff because the terms of the proposed order would contradict an order issued by Judge Timothy C. Williams of Department 16 of the Clark County Eighth District Court on February 18, 2016 (*case no. A-16-731892-M*), related to other minors who had received settlement awards in this matter;

WHEREAS, Plaintiff's former counsel has been working with the attorney who appeared before Judge Williams, and has had to rely on that attorney to file an amended order with Judge Williams so that Plaintiff's former counsel may then obtain an amended order from Judge Crockett;

WHEREAS, the attorney who appeared before Judge Williams sent an amended order to Judge Williams, but has not yet received the signed amended order back from the court;

WHEREAS, Plaintiff will need a copy of the signed amended order from Judge William's to produce to Judge Crockett in order to submit and obtain an amended order from Judge Crockett that will allow Plaintiff to establish a blocked account pursuant to this Court's

Order;

WHEREAS, Plaintiff has yet to receive the amended order and, therefore, has not been able to establish a blocked account that would comply with this Court's order;

WHEREAS, Plaintiff requires more time to receive the necessary orders so that she may establish the necessary blocked account;

NOW THEREFORE, it is hereby Stipulated and Agreed by the parties to continue the hearing scheduled for March 20, 2017, at 1:30 p.m. in the above-entitled cause for a period of not less than thirty (30) days as of the date of the Order granting this Stipulation.

DATED THIS 15 day of March, 2017.                    DATED THIS 15 day of March, 2017.

/s/ Michael C. Van                                                     /s/ Adam C. Anderson
Michael C. Van, Esq., Bar # 3876                            Adam C. Anderson, Esq.
Daniel M. Hansen, Esq., Bar # 13886                    CLEAR COUNSEL LAW GROUP
SHUMWAY VAN                                                      50 S. Stephanie St., Ste. 101
8985 S. Eastern Avenue, Suite 100                         Henderson, Nevada 89012
Las Vegas, Nevada 89123                                       *Attorney for Plaintiff*
*Former Attorneys for Plaintiff*                             IMA ILIU FLORES ZELAYA, individually and
IMA ILIU FLORES ZELAYA, individually      as legal guardian of LUIS JERSAIN
and as legal guardian of LUIS JERSAIN       SOLANO, JR.
SOLANO, JR.

## ORDER

Based on the foregoing Stipulation and for good cause the Court makes the following Orders:

IT IS HEREBY ORDERED that the hearing previously set for March 20, 2017, be continued to April 24, 2017 at 1:30 p.m.

**IT IS FURTHER ORDERED that all parties, including Plaintiff Flores Zelaya and former attorney Michael Van, MUST BE PRESENT.**

DATED: 3/16/2017

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

SHUMWAY · VAN

 /s/ Michael C. Van
Michael C. Van, Esq., Bar # 3876
Daniel M. Hansen, Esq., Bar # 13886
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Former Attorneys for Plaintiff, IMA ILIU FLORES ZELAYA, individually and as legal guardian of LUIS JERSAIN SOLANO, JR.*