MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 011920
mbisson@call-law.com
CALLISTER & ASSOCIATES
823 Las Vegas Blvd. South, Suite 330
Las Vegas, NV 89101
Tel. (702) 385-3343
Fax. (702) 385-2899
*Attorneys for Elia Del Carmen Solano-Patricio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIA DEL CARMEN SOLANO-PATRCIO, individually, and as Special Administrator of the Estate of Luis Jersain Solano; IMA ILIU FLORES-ZELAYA, individually and as legal guardian of LUIS JERSAIN SOLANO, JR., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SGT. DAVID ASPIAZU, individually and in his capacity, CORRECTIONS OFFICER BRADLEY TEMPLE individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON individually and in his official capacity; DOE OFFICERS I though X, individually, and in their official capacity; and DOES XI through XX, and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01181-JAD-CWH<br><br>SUBSTITUTION OF ATTORNEY |

///

///

///

1

CALLISTER & ASSOCIATES
823 Las Vegas Blvd. South, Suite 330
Las Vegas, Nevada 89101
TEL: (702) 385-3343  FAX: (702) 385-2899

Matthew Q. Callister, Esq. and Mitchell S. Bisson, Esq. are hereby substituted as attorneys for the Plaintiffs IMA ILIU FLORES-ZELAYA and LUIS JERSAIN SOLANO, JR., in the above-entitled action, in place of and instead of Plaintiffs' prior attorney Stephen P. Stubbs, Esq.

DATED this 13 day of April, 2017.

_____
IMA ILIU FLORES-ZELAYA

### CONSENT

As former attorneys for Plaintiffs, I hereby consent to the above and foregoing substitution of Matthew Q. Callister, Esq. and Mitchell S. Bisson, Esq. in my place and stead as attorneys of record for Plaintiffs.

STEPHEN P. STUBBS, ATTORNEY AT LAW

_____
STEPHEN P. STUBBS, ESQ.
Nevada Bar No. 10449
626 South Third Street
Henderson, Nevada 89101

### ACCEPTANCE

I hereby accept the above and foregoing substation as attorney for Plaintiffs IMA ILIU FLORES-ZELAYA and LUIS JERSAIN SOLANO, JR.

CALLISTER & ASSOCIATES

_____
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
823 Las Vegas Blvd. South, Suite 330
Las Vegas, Nevada 89101

IT IS SO ORDERED.

DATED: April 26, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

///

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of CALLISTER & ASSOCIATES, and that on the 20th day of April, 2017, I served a true and correct copy of the foregoing SUBSTITUTION OF ATTORNEY, via Electronic Service from CM/ECF upon the following:

Craig R. Anderson, Esq.
canderson@maclaw.com
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

Ryan Alexander, Esq.
ryan@ryanalexander.us
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Suite 58
Las Vegas, NV 89102
*Attorney for Interested Party Alejandra Solano,
as Guardian Ad Litem for Gabriela Solano,
Alejandra Solano, Jr., and Luis I. Solano.*

/s/ Alicia Crane
An Employee of Callister & Associates

3