**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
  Attorneys for Defendants LVMPD, Gillespie, Aspiazu, Temple, Gray and Dixon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMA LIU FLORES ZELAYA, individually and as Special Co-Administrator of the Estate of Luis Solano, and as legal guardian of L.J. SOLANO, JR.; ELIA DELCARMEN SOLANO-PATRICIO, individually and as Special Co-Administrator of the Estate of Luis Solano,<br><br>                  Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF BILL GILLESPIE, individually and in his capacity as Sheriff of the Las Vegas Metropolitan Police Department; SGT. DAVID ASPIAZU, individually and in his capacity; CORRECTIONS OFFICER BRADLEY TEMPLE, individually and in his capacity; CORRECTIONS OFFICER PATRICK GRAY, individually and in his capacity; CORRECTIONS OFFICER EUGENE DIXON, individually and in his official capacity; DOE OFFICERS I through X, individually, and in their official capacity; DOES XI through XX, and ROE CORPORATIONS XXI through XXX, inclusive,<br><br>                  Defendants. | Case No.: 2:13-cv-01181-JAD-CWH<br><br>**<u>LVMPD DEFENDANTS' NOTICE OF CONFLICT RELATED TO SETTLEMENT CONFERENCE DATE</u>** |

///

///

TO THE HONORABLE JUDGE:

This Notice involves the Friday, May 19, 2017 Settlement Conference that was set on April 28, 2017. (ECF No. 178.)

On April 28, 2017, this Court issued its order scheduling a settlement conference. The order set the settlement conference for **Friday, May 19, 2017 at 9:00 a.m.** (ECF No. 178.) After receiving the notice, the undersigned contacted his clients regarding availability. LVMPD is represented at settlement conferences by its General Counsel, Liesl Freedman, Esq. and/or its Assistant General Counsel, Ruth Miller, Esq. On April 28, 2017, the undersigned learned that Ms. Freedman would not be available on the scheduled date due to being out of state on a scheduled vacation. On May 3, 2017, the undersigned learned Ms. Miller will also be out of state due to medical treatment at the Mayo Clinic for a family member. Therefore, no one with binding settlement authority is able to attend the May 19, 2017 settlement conference. Both Ms. Freedman and Ms. Miller will return to the jurisdiction on May 23, 2017.

It is respectfully requested that this Court move the settlement conference in this matter to a date after May 24, 2017.

Dated this 3 day of May, 2017.

MARQUIS AURBACH COFFING

By: /s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD Defendants

IT IS ORDERED that the LVMPD Defendants' motion to continue the settlement conference (ECF No. 182) is GRANTED. The settlement conference currently set for 5/19/2017 is RESET for 6/21/2017. Plaintiffs must arrive at 8:30 a.m. Defendants must arrive at 9:30 a.m. Settlement conference briefs are due by 4:00 p.m. on 6/14/2017. All other provisions of the court's original order scheduling the settlement conference (ECF No. 178) remain in effect.
DATED: May 4, 2017

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **LVMPD DEFENDANTS' NOTICE OF CONFLICT RELATED TO SETTLEMENT CONFERENCE DATE** was submitted electronically for filing and/or service with the United States District Court on the 3rd day of May, 2017. Electronic service of the foregoing document shall be made in accordance with the CM/ECF-Service List as follows:

Bradford R. Jerbic, Esq.
Jack O. Eslinger, Esq.
jeslinger@lasvegasnevada.gov
bjerbic@lasvegasnevada.gov
bcomella@lasvegasnevada.gov
cgreen@lasvegasnevada.gov
ckelly@lasvegasnevada.gov
jandrews@lasvegasnevada.gov
khansen@lasvegasnevada.gov

Matthew Q. Callister, Esq.
Mitchell S Bisson, Esq.
mbisson@call-law.com
eserve@call-law.com
carmen@call-law.com
pjc@call-law.com
mqc@call-law.com
barb@call-law.com
phyllis@call-law.com
Attorneys for Plaintiffs Ima Iliu Flores-Zelaya and L.J. Solano, Jr.

Ryan Alexander, Esq.
ryan@ryanalexander.us
rob@ryanalexander.us

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

n/a

_____
an employee of Marquis Aurbach Coffing

Page 3 of 3

MAC:05166-695 3077186_1 5/3/2017 3:16 PM