**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Aspiazu, Temple, Gray and Dixon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIA DEL CARMEN SOLANO-PATRICIO, individually, and as Administrator of the Estate of L.J. Solano; IMA ILIU FLORES-ZELAYA, individually and as legal guardian of L.J. SOLANO, JR., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al.,<br><br>Defendants. | Case No.: 2:13-cv-01181-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 204 |

IT IS HEREBY STIPULATED by and between Plaintiffs Elia Del Carmen Solano-Patricio, individually and as Administrator of the Estate of L.J. Solano and Ima Iliu Flores Zelaya, individually and as legal guardian of L.J. Solano, Jr., by and through their counsel of record, Mitchell S. Bisson, Esq. of the Callister Law Group and Defendants Las Vegas Metropolitan Police Department, Sergeant David Aspiazu, Officer Eugene Dixon, Officer Patrick Gray, and Officer Bradley Temple, by and through their attorney of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, that all parties are dismissed with prejudice in the above-referenced matter; and

/ / /

/ / /

/ / /

MAC:05166-695 3504759_1 9/21/2018 8:34 AM

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

Dated this 24th day of September, 2018.

MARQUIS AURBACH COFFING

By:   s/Craig R. Anderson
      Craig R. Anderson, Esq.
      Nevada Bar No. 6882
      10001 Park Run Drive
      Las Vegas, NV 89145
      Attorney for LVMPD Defendants

Dated this 24th day of September, 2018.

CALLISTER LAW GROUP

By:   s/Mitchell S. Bisson
      Mitchell S Bisson, Esq.
      Nevada Bar No. 11920
      330 E. Charleston Blvd., Ste. 100
      Las Vegas, NV 89104
      Attorneys for Plaintiffs

## ORDER

Based on the parties' stipulation [ECF No. 204] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 24, 2018

Submitted By:

MARQUIS AURBACH COFFING

By:   s/Craig R. Anderson
      Craig R. Anderson, Esq.
      Nevada Bar No. 6882
      10001 Park Run Drive
      Las Vegas, Nevada 89145
      Attorney for Defendants

MAC:05166-695 3504759_1 9/24/2018 8:54 AM